CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 MAR 29   AM 10: 10

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **GRISELLE GONZALEZ** | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| **CITIBANK, N.A.** | § | **JURY TRIAL DEMANDED** |
| | | **319-CV0779-C** |

## COMPLAINT

### JURISDICTION

1.     The jurisdiction of this Court attains pursuant to 15 U.S.C.§1666 et seq, the Fair Credit Billing Act ("FCBA") and Regulation Z issued thereunder  for which jurisdiction is proper in this Court. 15 U.S.C.§1640(e) and 28 U.S.C.§§1331 and 1367 and state law claims supplemental thereto.

### PARTIES

2.     Plaintiff, Griselle Gonzalezz  is a natural person whose permanent address is in Dallas, Texas.

3.     Defendant,  Citibank (South Dakota ) N.A., is a national banking association that does not have a business office in Texas and therefore no registered agent for service in Texas. Defendant may be served by service upon its President,CEO, or other officer, at 701 East 60th Street, North, Sioux Falls, South Dakota, 57104.

### FACTUAL ALLEGATIONS

5.     Plaintiff Griselle Gonzalez is a natural person who entered into an open-end credit transaction, namely a VISA account, with defendant for personal, family and household purposes.

6.     At all times relevant hereto, Defendant Citi, in the ordinary course of business, regularly extended open-end consumer credit, pursuant to a VISA, on which defendant assessed finance charges.

7.     On May 10, 2018, Plaintiff attended a free Internet Workshop in Dallas hosted by Russell Whitney.

8.     At the May 10 event, Plaintiff was offered a 3-Day Training for $497 which was scheduled to be held June 1-3, 2018 at the same hotel.  Plaintiff purchased the 3-Day Training and

attended the event on those dates. Plaintiff does not dispute any charges for this event.

9.      At the June event, Plaintiff was offered additional training where they introduced a Wealth Building Technologies package. The Wealth Builder Package included 10 eCommerce Websites, all built for you, Done-for-you Facebook ads, Done-for-you Swipe Ads, Done-for-you Follow up Emails, Access to the "Hot List" - list of the hottest products to market monthly, 24 coaching sessions and WBT's Coaching Team, Lifetime Access to WBT's Online Training Course, Unlimited Email, Phone and Skype support, Attend Three Live Mastermind Summits, plus added training on-site.

10.     Plaintiff decided to purchase the whole package described in the previous paragraph, in addition to a One on One Mentorship and Product Intelligence 2.0. The total purchase price, purchased on June 2, 2018 was $76,294.00 (including a 3% processing fee).

11.     Plaintiff paid $10,000 on June 2, 2018 on an existing credit card.

12.     WBT offered financing for the purchase price for the program. The financing turned out to be submitting Plaintiff's application to several credit card companies and then spreading out the program fees on the several credit cards. One of the cards issued was a Citi card ending in 1049. WBT placed $11,000 of the program charges on the Citi card.

13.     Plaintiff received the services specified in the 3 day Training for which she paid $497.

14.     Plaintiff did not receive the services from the Wealth Builder package for which she paid a total of $76,294.00.

15.     Plaintiff was assigned a mentor, Angel Martinez, who was to work with her in providing the services under the WBT program.

16.     Angel Martinez never contacted Plaintiff.

17.     Plaintiff made many attempts to contact Angel Martinez, to no avail.

18.     Out of the 24 Coaching sessions included in the WBT program, Plaintiff received three.

19.     After the 3rd session, no further sessions were scheduled and no response was received to emails to either of the coaches nor to Angel Martinez.

COMPLAINT                                                                 2

20.     Plaintiff received 1 of the 10 websites included in the WBT program.

21.     Plaintiff was unable to access the website to receive the online training course from WBT because the website shut down.

22.     Plaintiff continued to try to reach the coaches, Angel Martinez and any other person associated with the WBT program via email and Facebook.

23.     Plaintiff finally heard from Angel Martinez that he no longer worked for WBT. She also heard from one of the coaches who claimed she no longer worked for WBT. Neither had any knowledge of current status of WBT.

24.     On December 11, 2018, after exhausting all possible means to contact anyone associated with the WBT program, Plaintiff sent an email to info@wealthbuildingtechnologies.com to request a full refund. Plaintiff received a error email back stating: The email account that you tried does not exist.

25.     Plaintiff called the phone number which was listed as their Corporate office numerous times but the phone was answered by another company who had no idea about WBT.

26.     Plaintiff has exhausted all possibilities to resolve things with the merchant who received her funds for services not received by Plaintiff.


### CAUSES OF ACTION
### COUNT I

27.     Plaintiff re-alleges and incorporates paragraphs 1 through 26  above as if fully set out herein.

28.     Defendant has violated 12 C.F.R. pt. 1026.13 (a)(3) and 15 U. S.C. §1666(b)(3) by continuing to bill Plaintiff for services not delivered.

29.     .Defendant has violated 15 U.S. C.§§1666 and 1666i  and applicable rules by the practices described in this Complaint.

30.     The foregoing acts and omissions were undertaken on behalf of the Defendant by its

COMPLAINT                                                          3

respective officers, agents, or employees acting at all times relevant hereto within the scope of that relationship.

## COUNT II

31.     Plaintiff re-alleges and incorporates paragraphs 1 through 30 above as if fully set out herein.

32.     Defendant's actions and inactions, as described above, constitute a violation of 12 C.F.R. pt. 1026.13 by requiring notice to the merchant when notice is not required..

33.     By reason of the allegations in this petition, per the Fair Credit Billing Act, Plaintiff is entitled to recover attorney's fees in a sum that is reasonable in relation to the amount of work expended for which Plaintiff sues herein. The attorney whose name is subscribed to this pleading has been employed to assist Plaintiff in the prosecution of this action.

### Prayer for Relief

WHEREFORE, the Plaintiff prays that this Court:

1.     Declare that Defendant's actions violate the FCBA.

2.     Enter judgment in favor of Plaintiff and against Defendant for statutory damages, actual damages, costs, and reasonable attorney fees as provided by 15 U.S.C.§1640(a)(2), 1666(e) and all applicable amendments.

3.     Grant such further relief as deemed just.

**TRIAL BY JURY IS DEMANDED.**

Respectfully submitted,

Sharon K. Campbell
State Bar # 03717600
3500 Oak Lawn Ave., Suite 205
Dallas, Texas 75219
Telephone: 214/351-3260
Fax: 214/443-6055
Sharon@SharonKCampbell.com

COMPLAINT                                                    4

JS 44   (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED**

**MAR 29 2019**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## I. (a) PLAINTIFFS

Griselle Gonzalez

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sharon K Campbell
3500 Oak Lawn Ave., Suite 205
Dallas, Texas 75219; 214-351-3260

## DEFENDANTS

Citibank, N.A.

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**319 - CV0779 - C**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1666 Fair Credit Billing Act

Brief description of cause:
Failure to credit accout for out of business merchant who provided no services

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE _____   DOCKET NUMBER _____

DATE   3-28-19

SIGNATURE OF ATTORNEY OF RECORD   *Sharon Campbell*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____